**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:24cr315-MHT** |
| | ) | **(WO)** |
| **JALEN LAMARCUS GUNN** | ) | |

**SUPPLEMENTAL ORDER ON TREATMENT-RELATED
CONDITIONS OF SUPERVISED RELEASE**

In accordance with the special conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 60 days of the commencement of supervised release, the United States Probation Office shall ensure that defendant Jalen Lamarcus Gunn begins participating in a substance-abuse treatment program approved by the probation department, which may include testing to determine whether he has reverted to the use of drugs.  The substance-abuse program shall be as described in the special conditions of supervised release in the judgment, and shall be consistent with

the recommendations of Dr. Ashlee Zito in her evaluation (Doc. 48-4), at 16-17.

(2) Within 60 days of the commencement of supervised release, and concurrent with substance-abuse treatment, the United States Probation Office shall arrange for defendant Gunn to receive the mental-health treatment program described in the special conditions of supervised release, which shall be consistent with the recommendations of Dr. Ashlee Zito in her evaluation (Doc. 48-4), at 16-17. This treatment program shall include therapy conducted by a mental health provider with expertise in treating trauma and working with adopted individuals. Said therapy will be designed to achieve symptom stability, improve the use of appropriate coping skills, assist with maintaining sobriety. Additional therapeutic goals may include processing defendant Gunn's: identity issues; negative core beliefs about himself; distress surrounding his

family situation and roots; and other past trauma. Moreover, if his mental-health provider determines that Dr. Zito's evaluation needs to be updated or that a new evaluation is appropriate, probation shall provide for such.

    (3) Within 90 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Gunn to receive a thorough psychiatric evaluation to determine his current needs (if any) for psychotropic medication and shall arrange for defendant Gunn to receive any recommended treatment, with routine monitoring for effectiveness and compliance.

    (4) Within 100 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Gunn is faring on supervision.

(5) The United States Probation Office shall ensure that, prior to beginning assessment or treatment, any professional assessing or treating defendant Gunn receives a copy of the psychological evaluation conducted by Dr. Zito (Doc. 48-4) and the presentence investigation report.

DONE, this the 6th day of May, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**